DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH SCANIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) No. 2:06-CR-00434 MCE
                                     )
        Plaintiff,                 )
                                     ) **ORDER SEALING DOCUMENTS**
  v.                                 )
                                     )
JOSEPH SCANIO,                       )
                                     )
        Defendant.                 ) Judge: Hon. Morrison C. England
                                     )
_____      )

    IT IS HEREBY ORDERED that defendant's request to seal exhibits filed December 6, 2011, is hereby GRANTED.

    IT IS SO ORDERED.

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE